UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  0:13-CV-60349-ROSENBERG/BRANNON

PAUL STEPHENS,

    Plaintiff,

v.

BROWARD SHERIFF'S OFFICE and
NICK DEGIOVANNI,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION

This matter is before the Court on Plaintiff Paul Stephens's Motion for Reconsideration of the Order Granting Defendant's Motion for Summary Judgment [DE 148]. The Court has reviewed the Motion, the response,[1] and the record in this case, and denies the Motion for the reasons set forth below.

"[R]econsideration of a previous order is an extraordinary remedy to be employed sparingly." *Burger King Corp. v. Ashland Equities, Inc.,* 181 F. Supp. 2d 1366, 1370 (S.D. Fla. 2002) (citing *Mannings v. Sch. Bd. of Hillsborough County*, 149 F.R.D. 235, 235 (M.D. Fla. 1993)).  "The 'purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence.'" *Id.* at 1369 (quoting *Z.K. Marine Inc. v. M/V Archigetis*, 808 F. Supp. 1561, 1563 (S.D. Fla. 1992)).   Only three major grounds generally justify reconsideration: "(1) an intervening change in the controlling law; (2) the availability of new

---

[1] The time for the Plaintiff to file a reply has not yet expired, but as the Court believes a reply is unnecessary, it proceeds with this Order.

evidence; and (3) the need to correct clear error or prevent manifest injustice." *Id*. (citing *Offices Togolais Des Phosphates v. Mulberry Phosphates, Inc.*, 62 F. Supp. 2d 1316, 1331 (M.D. Fla. 1999); *Sussman*, 153 F.R.D. at 694). On the other hand, "[a] 'motion for reconsideration should not be used as a vehicle to . . . reiterate arguments previously made.'" *Id.*

Here, the Plaintiff fails to meet the exceedingly high standard necessary to prevail on a reconsideration motion. The Plaintiff does not identify an intervening change in the law, he does not cite to the availability of new evidence, and he does not raise any plausible argument that there was clear error or manifest injustice in the Court's Order Granting the Defendant's Motion for Summary Judgment [DE 146]. Rather, the Plaintiff simply repeats arguments he previously raised, and which were addressed in the Court's Order. This is insufficient. Accordingly, it is hereby

**ORDERED and ADJUDGED** that the Plaintiff's Motion for Reconsideration of the Order Granting Defendant's Motion for Summary Judgment [DE 148] is **DENIED**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 30th day of December, 2014.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record